UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT HENRY ELZY, JR.**                         CIVIL ACTION

versus                                              NO. 14-229

**ROBERT TANNER, WARDEN**                           SECTION: "E" (3)

### O R D E R

The Court has considered the petition, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the Plaintiff's objection[2] to the Magistrate Judge's Report and Recommendation. The findings of fact and conclusions of law of the magistrate judge are correct and his Report and Recommendation[3] of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Robert Henry Elzy, Jr.**, is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 15.

[2] R. Doc. 20.

[3] R. Doc. 15.